# 732    CASES REPORTED WITH BRIEF SYLLABI.

OLGA HAYKIN, Respondent, v. SOLIE PARIS, Defendant. BENJAMIN CHER-NITZKY, Appellant.— Judgment and order reversed on the law and the facts, and new trial granted, costs to.appellant to abide the event. The verdict is against the weight of the evidence. There is no proof in the record as to the existence of any defect in the fastenings of the closet, or of any defect which caused the closet to fall; nor is there any evidence of negligence on the part of the defendant Chernitzky. Furthermore, there is no proof that there was any defect in the closet itself or in the manner in which it was attached to the wall and ceiling; nor is there any proof that notice of any alleged defect had been given to the defendant Chernitzky. From the case presented by plaintiff no inference can be drawn that defendant Chernitzky breached any legal duty owing to plaintiff. (See *Schick* v. *Fleischhauer*, 26 App. Div. 210; *Frank* v. *Mandel*, 76 id. 413; *Silverman* v. *Isaac*, 183 id. 542; *Kushes* v. *Ginsberg*, 99 id. 417; affd., 188 N. Y. 630; *Wynne* v. *Haight*, 27 App. Div. 7; *Eckert* v. *Reichardt*, 215 id. 144; 2 McAdam Landl. & Ten. [4h ed.] 1616.) Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ., concur.

JACOB B. HIRSHFELD, Respondent, v. M. B. F. FILM PRODUCING CO., INC., and HYMAN BINDER, Appellants.— Order adjudging defendants guilty of contempt of court modified so as to reduce the fine to the sum of $250; and as so modified affirmed, without costs. Order denying motion to open default and to set aside said contempt order affirmed, without costs. No opinion. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

MARY E. JAMES, Respondent, v. WALTER A. JAMES and CHARLOTTE A. JAMES, Appellants.— Interlocutory judgment and final judgment reversed upon the facts; and new trial granted, costs to appellants to abide the event, upon the ground that the findings of the trial justice are not supported by the evidence. Kelly, P. J., Young, Kapper and Lazansky, JJ., concur; Hagarty, J., dissents, and votes to affirm.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAX BECKER, Appellant.— Judgment of conviction of the County Court of Kings county unanimously affirmed, pursuant to section 542 of the Code of Criminal Procedure. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KYRAN BERGIN, Appellant.— Judgment of conviction of the Court of Special Sessions unanimously affirmed. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FREDERICK LOESER & CO., INC., Appellant, v. HENRY M. GOLDFOGLE and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents. Appeal No. 2. (Taxes of 1922, 1923, Block 1972, Lot 2.) — The parties having stipulated in writing that this case may be disposed of by a court of four, the decision is as follows: Orders unanimously affirmed, with costs, upon opinion in *People ex rel. Loeser &* *Co.* v. *Goldfogle, Appeal No. 1 (ante, p. 326),* decided herewith. Present — Kelly, P. J,. Manning, Young and Kapper, JJ. Settle order on notice.